**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6969**

LEROY M. TONIC, JR.,

Plaintiff - Appellant,

versus

JON P. GALLEY, Warden; BRENDA GLAZE,
Correctional Officer II; RICHARD GLAZE,
Correctional Officer II,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-
853-MJG)

Submitted: August 29, 2002     Decided: September 9, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leroy M. Tonic, Jr., Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy M. Tonic, Jr. appeals the district court's order denying reconsideration of its prior order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tonic v. Galley</u>, No. CA-01-853-MJG (D. Md. June 6, 2002). We deny Tonic's motion for appointment of counsel. We also deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>